v.

Peter VERNIERO \*, Attorney General of the State of New Jersey, Charles R. Buckley, Acting Bergen County Prosecutor; James Mosley, Chief of Police of the City of Englewood, New Jersey Peter Verniero \*, Attorney General of The State of New Jersey Appellant

No. 96–5132.

United States Court of Appeals, Third Circuit.

Sept. 17, 1997.

Before SLOVITER, Chief Judge, DECKER, STAPLETON, MANSMANN, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, LEWIS, and McKEE, Circuit Judges.

■

W.P., et al., Individually and as Representatives of a Class pursuant to Fed. R.Civ. P. 23(a) and 23(b)(2) Appellants

v.

Peter VERNIERO,\* Attorney General of New Jersey; Jeffrey S. Blitz, Atlantic County Prosecutor; Charles R. Buckley, Acting Bergen County Prosecutor; Stephen G. Raymond, Burlington County Prosecutor; Stephen G. Raymond, Bur-

---

* (*Amended per Clerk's Order of 7/16/96)                    * (*Amended per Clerk's Order of 7/15/96)

lington County Prosecutor; Joseph F. Audino, Acting Camden County Prosecutor; Stephen D. Moore, Cape May County Prosecutor; Neil S. Cooper, Acting Cumberland County Prosecutor; Clifford J. Minor, Essex County Prosecutor; Harris Y. Cotton, Gloucester County Prosecutor; Carmen Messano, Hudson County Prosecutor; Sharon B. Ransavage, Hunterdon County Prosecutor; Maryann K. Bielamowicz, Mercer County Prosecutor; Robert W. Gluck, Middlesex County Prosecutor; John Kaye, Monmouth County Prosecutor; W. Michael Murphy, Jr., Morris County Prosecutor; Daniel J. Carluccio, Ocean County Prosecutor; Ronald S. Fava, Passaic County Prosecutor; Ronald A. Epstein, Salem County Prosecutor; Dennis O.Leary, Sussex County Prosecutor; Edward Neafsey, Acting Union County Prosecutor; John J. O'Reilly, Warren County Prosecutor

No. 96–5416.

United States Court of Appeals,
Third Circuit.

Sept. 17, 1997.

Before: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, LEWIS, and McKEE, Circuit Judges.

*SUR PETITION FOR REHEARING*

The petition for rehearing filed by appellants in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court in banc, the petition for rehearing is denied.

Judge Becker would have granted rehearing.